HILLSIDE BUS OWNERS' ASSOCIATION ET AL. v. BOARD
OF PUBLIC UTILITY COMMISSIONERS ET AL.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the rule, *Nicholas S. Schloeder.*

*Contra, William H. Speer* and *John W. Queen.*

PER CURIAM.

We find that the writ applied for should not be allowed.
The rule to show cause is therefore discharged.

HILLSIDE BUS OWNERS' ASSOCIATION ET AL. v. BOARD
OF PUBLIC UTILITY COMMISSIONERS ET AL.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the rule, *Nicholas S. Schloeder.*

*Contra, William H. Speer* and *John W. Queen.*

PER CURIAM.

We find that the writ applied for should not be allowed.
The rule to show cause is therefore discharged.